UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:17-CR-31-T-17JSS

GENE SLIVKA, a/k/a
YEVGENIY SLIVKA.

_____/

ORDER

This cause is before the Court on:

Dkt. 48     Emergency Motion to Evacuate

Defendant Gene Slivka moves for permission to leave the Middle District of Florida to evacuate north out of the path of Hurricane Irma. Defendant Slivka resides in Venice, Florida.

Defendant Slivka has entered a plea of guilty, and is scheduled for sentencing on November 16, 2017 at 10:30 a.m.

The path of Hurricane Irma is uncertain, but it is probable there will be some effect on southwest Florida. After consideration, the Court grants Defendant Slivka's Emergency Motion to Evacuate. Accordingly, it is

**ORDERED** that Defendant Gene Slivka's Emergency Motion to Evacuate (Dkt. 48) is **granted**. Defendant Slivka **shall provide** contact information to Defendant's supervising officer, and **shall comply** with all conditions required by Defendant's supervising officer.

Case No. 8:17-CR-31-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 6th day of September, 2017.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Pretrial Services
U.S. Marshal